**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: JOHN BITTER
      GLENDINE BITTER

Case No.:09-28653-BKC-RBR
Chapter 13

_____ Debtor _____/

### CERTIFICATE OF SERVICE MOTION TO VALUE COLLATERAL, MOTION TO AVOID LIEN (BERNARD PUDER AS TRUSTEE OF THE BERNARD PUDER REVOCABLE TRUST) AND NOTICE OF HEARING

**I HEREBY CERTIFY** that a true copy of the Motion to Value Collateral, and Motion to Avoid Lien (Bernard Puder as Trustee of the Bernard Puder Revocable Trust) and Notice of Hearing were furnished on October 27, 2009, to the creditors on the attached service list by certified mail return receipt number 7008 0500 0000 0691 8725 and by e-mail to all other persons on the Court's electronic mailing list.

**I HEREBY FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090A.

Dated: October 27, 2009

                  LAW OFFICES OF EVERETT ALGERNON SMITH, P.A.
                  Attorney for Debtor
                  111 North Pine Island Road, Suite 105
                  Plantation, FL 33324
                  Telephone:(954) 693-3566
                  Facsimile: (954) 475-2122

                  By: _/s/ Everett Algernon Smith_____
                        Everett Algernon Smith, Esq.
                        Florida Bar No.: 0163333

### SERVICE LIST

Robin Weiner, Esq., Trustee
ecf@ch13weiner.com
POB 559007
Ft. Lauderdale, FL 33324

Bernard Puder,
Trustee of the Bernard Puder Revocable Trust
20165 Porto Vita Way, Unit 801

Aventura, Florida 33180
*Via certified mail return receipt requested, receipt number 7008 0500 0000 0691 8725*