**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

Case No.:09-28653-BKC-RBR
In re:   JOHN BITTER                                           Chapter 13
         GLENDINE BITTER

_____Debtor_____/

## CERTIFICATE OF SERVICE MOTION TO VALUE COLLATERAL, MOTION TO AVOID LIEN (GREEN TREE SERVICING, LLC) AND NOTICE OF HEARING

I HEREBY CERTIFY that a true copy of the Motion to Value Collateral and Motion to Avoid Lien (Green Tree Servicing, LLC,) and Notice of Hearing were furnished on October 28, 2009, to the creditors on the attached service list by certified mail return receipt number 7008 0500 0000 0691 8718 and by e-mail to all other persons on the Court's electronic mailing list.

I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090A.

Dated: October 28, 2009

LAW OFFICES OF EVERETT ALGERNON SMITH, P.A.
Attorney for Debtor
111 North Pine Island Road, Suite 105
Plantation, FL 33324
Telephone:(954) 693-3566
Facsimile: (954) 475-2122

By:___/s/ Everett Algernon Smith_____
        Everett Algernon Smith, Esq.
        Florida Bar No.: 0163333

### SERVICE LIST

Robin Weiner, Esq., Trustee
ecf@ch13weiner.com
POB 559007
Ft. Lauderdale, FL 33324

Keith Anderson
President
**Green Tree Servicing LLC**
345 St. Peter Street
St. Paul, MN 55102
Via Certified Mail Return Receipt No.: 7008 0500 0000 0691 8718

Case 09-28653-RBR    Doc 44    Filed 10/28/09    Page 2 of 2

-2-