# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division: Fort Lauderdale

Case Number: 09–28653–RBR

Chapter: 13

**In re:**

| | |
|---|---|
| John A. Bitter | Glendine Bitter |
| 4715 NW 115 Way | 4715 NW 115 Way |
| Sunrise FL 33323 | Sunrise FL 33323 |
| SSN: XXX–XX–9895 | SSN: XXX–XX–7848 |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **01/14/2010** at **10:00:00AM** at the following location:

**299 E Broward Blvd Room 308 (RBR), Fort Lauderdale**

to consider the following:

**[46] Motion for Relief from Stay [Fee Amount $150] filed by Creditor Carrington Mortgage Services LLC**

**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Edy Gomez at (954)769–5765 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: 11/20/2009

By: Lawrence M Weisberg