UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 09-28653-RBR

Chapter 13

IN RE:                                               :
                                                     :
John A. Bitter and                                   :
Glendine Bitter                                      :
                        Debtors.                     :
_____     :

### CERTIFICATE OF SERVICE OF MOTION BY CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM STAY AND ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING RE: 7725 Yardley, Bldg. B, Unit 302, Tamarac, Florida 33321 AND NOTICE OF HEARING

I HEREBY CERTIFY that a true copy of the Motion By Carrington Mortgage Services, LLC, Servicer And Attorney-In-Fact For, Deutsche Bank National Trust Company, As Trustee For, Carrington Mortgage Loan Trust, Series 2005-NC5 Asset-Backed Pass-Through Certificates For Relief From Stay And Abandonment And Notice of Opportunity To Object And For Hearing Re: 7725 Yardley, Bldg. B, Unit 302, Tamarac, Florida 33321 and Notice of Hearing were furnished on November 20, 2009 by e-mail to persons listed on the Court's electronic mailing list.

I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090A.

Dated: November 22, 2009

<u>/s/ Lawrence M. Weisberg</u>
Lawrence M. Weisberg, Esquire
Florida Bar No. 962198
Counsel for Carrington Mortgage
Services, LLC, et al.
Greenfield & Coomber, P.A.
7000 W. Palmetto Park Road, Suite 402
Boca Raton, Florida   33433
Telephone: (561) 362-7355
Facsimile: (561) 828-5858
E-mail: bankruptcy@lmwlegal.com

## **SERVICE LIST**

John A. Bitter
4715 N.W. 115 Way
Sunrise, FL   33323

Glendine Bitter
4715 N.W. 115 Way
Sunrise, FL  33323

American Express Centurion Bank
c/o Becket and Lee, LLP
P. O. Box 3001
Malvern, PA   19355

Everett A. Smith, Esquire
111 N. Pine Island Road, #105
Plantation, FL   33324

Soneet Kapila
P. O. Box 14213
Ft. Lauderdale, FL   33302

Robin R. Weiner
P. O. Box 559007
Ft. Lauderdale, FL   33355

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL   33130