

**ORDERED in the Southern District of Florida on November 24, 2009.**

_____
**Raymond B. Ray, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 09-28653-RBR

Chapter 13

| | |
|---|---|
| IN RE: | : |
| | : |
| John A. Bitter and | : |
| Glendine Bitter | : |
| Debtors. | : |
| _____ | : |

**AGREED ORDER GRANTING  CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM STAY AND ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

This cause came on for consideration by negative notice pursuant to the Motion

for Relief From Stay and Abandonment (Doc #46) filed by CARRINGTON

MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR,

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR,

CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED

PASS-THROUGH CERTIFICATES ("CARRINGTON"), a secured creditor in the above-styled cause.  The Court, having considered said Motion and the Certificate of No Response, finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing.  Therefore, it is

ORDERED as follows:

1. The Motion for Relief From Stay filed by CARRINGTON is granted.

2. The automatic stay provided by 11 U.S.C. 362 is modified as to CARRINGTON, its Successors and Assigns.  Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below:

> **Unit 302, of Yardley Condominium B, according to the Declaration of Condominium thereof, as recorded in Official Records Book 38137, at Page 225, of the Public Records of Broward County, Florida, and as amended**
>
> **a/k/a 7725 Yardley, Bldg. B, Unit 302, Tamarac, Florida  33321**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing CARRINGTON, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above.  CARRINGTON, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

###

Submitted by

Lawrence M. Weisberg, Esquire
FLORIDA BAR NO. 962198
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, Florida   33433
561-362-7355 (Telephone)
561-828-5858 (Facsimile)
bankruptcy@lmwlegal.com


The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

John A. Bitter
4715 N.W. 115 Way
Sunrise, FL   33323

Glendine Bitter
4715 N.W. 115 Way
Sunrise, FL   33323

American Express Centurion Bank
c/o Becket and Lee, LLP
P. O. Box 3001
Malvern, PA   19355

Everett A. Smith, Esquire
111 N. Pine Island Road, #105
Plantation, FL   33324

Soneet Kapila
P. O. Box 14213
Ft. Lauderdale, FL   33302

Robin R. Weiner
P. O. Box 559007
Ft. Lauderdale, FL   33355

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL   33130

CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR, CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, FL   33433