**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA, FT. LAUDERDALE DIVISION**

In re:                                            Case No. 09-28653
                                                  Chapter 7

     John A. Bitter
     \*\*\*-\*\*-\*\*9895
     Glendine Bitter
     \*\*\*_\*\*_7848

_____ Debtor(s).  _____ /

**NOTICE OF CORRECTION OF CREDITOR'S ADDRESS**

    **John A. Bitter and Glendine Bitter,** debtors herein, through Counsel Everett Algernon Smith, hereby inform the Court that the correct address for creditor Will Davis is as follows:

**Will Davis**
**68 President St.**
**Brooklyn, NY  11215**

1.    A copy of the §341 Meeting of Creditors was sent to Will Davis along with this notice.

2.    All correspondence should be sent to Will Davis at that address.

**CERTIFICATE OF ADMISSION AND SERVICE**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090A.

    **I HEREBY CERTIFY** that a true copy of the foregoing will be mailed on November 25, 2009, to all parties listed on the Court's Electronic Mail and to:

**Will Davis**
**68 President St.**
**Brooklyn, NY  11215**

             LAW OFFICES OF EVERETT ALGERNON SMITH, P.A.
             Attorney for Debtors
             Pine Island Office Centre
             111 N. Pine Island Road, Suite 105
             Plantation, FL 33324
             Telephone:    (954)693-3566
             Facsimile:    (954)475-2122

             By:  _/s/Everett Algernon Smith_____
             Everett Algernon Smith
             Florida Bar No.: 0163333